# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Robert E. Blackburn, Judge

Civil Action No.  05-cv-01617-REB-PAC

MARVIN WOLF, and
JUDY WOLF,

      Plaintiffs,

v.

GERHARD INTERIORS, LTD., a California corporation, d/b/a GERHARD DESIGN GROUP, and  GERHARD LARSON DESIGN GROUP,

      Defendants.

## ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)

**Blackburn, J.**

Pursuant to D.C.COLO.LCivR 72.2 on the 26th day of September, 2005, Magistrate Judge Patricia A. Coan notified the court of the parties' unanimous consent to disposition of the above action by a United States Magistrate Judge.  Now, therefore, being sufficiently advised,

      IT IS ORDERED as follows:

      1.    The above action is referred for disposition to a magistrate judge purusant to 28 U.S.C. § 636 (c);

      2.    The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Coan; and

      3.    Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

Dated September 26, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

## NOTICE OF REASSIGNMENT

Pursuant to the above Order, this civil action is reassigned to United States Magistrate Judge

_____

Gregory C. Langham, Clerk

By_____

Deputy Clerk