IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 05-cv-01617-CBS-PAC

MARVIN WOLF, and
JUDI WOLF,
    Plaintiffs,
v.

GERHARD INTERIORS, LIMITED, a California corporation, d/b/a GERHARD DESIGN GROUP and GERHARD/LARSON DESIGN GROUP,
    Defendant.
_____

ORDER AND
ORDER OF REFERENCE
_____

    This case comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

    On September 26, 2005, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636©, Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117.   All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 05-cv-01617-CBS-PAC**.

II.     Order of Reference

The August 25, 2005 Order of Reference to United States Magistrate Judge (doc. # 5) is hereby VACATED.  This matter is now referred to United States Magistrate Judge Patricia A. Coan *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate resolution of this case.

III.    Further Proceedings

A.      The deadlines and settings set forth in the Scheduling Order dated September 26, 2005 remain unchanged.

B.      On September 16, 2005, Defendants filed a Motion to Transfer Venue (doc. # 13).  Plaintiffs' response and Defendants' reply to Defendants' Motion to Transfer Venue shall be filed pursuant to the Local Rules of Practice for the United States District Court for the District of Colorado, D.C. COLO. LCivR 7.1 C.

C.      A Status Conference shall be held by Magistrate Judge Shaffer on **Monday, October 24, 2005 at 11:00 a.m.**  Parties and counsel are advised that the court may discuss Defendants' Motion to Transfer Venue and that a Final Pretrial Conference and a trial date may be scheduled.

DATED at Denver, Colorado, this 27th day of September, 2005.

BY THE COURT:

                                    <u>s/Craig B. Shaffer</u>
                                    Craig B. Shaffer
                                    United States Magistrate Judge