IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01617-CBS-PAC

MARVIN WOLF, and
JUDY WOLF,

    Plaintiffs,

v.

GERHARD INTERIORS, LTD.,
a California corporation, d/b/a GERHARD DESIGN GROUP, and
GERHARD LARSON DESIGN GROUP,

    Defendants.

## ORDER OF DISMISSAL

Magistrate Judge Craig B. Shaffer

The Stipulation for Dismissal of Defendant Gerhard's Third Counterclaim (Civil Conspiracy) Only filed on November 17, 2005, by the parties, having come before the Court, and appearing well founded; it is hereby

**ORDERED** that Defendant's third counterclaim (civil conspiracy ) is **DISMISSED, with prejudice**, each party to bear their own costs and attorney's fees incurred herein.

DATED at Denver, Colorado, this 22nd day of November, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge