IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01617-CBS-PAC

MARVIN WOLF, and
JUDY WOLF,

      Plaintiffs,

v.

GERHARD INTERIORS, LTD.,
a California corporation, d/b/a GERHARD DESIGN GROUP, and
GERHARD LARSON DESIGN GROUP,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that the Joint Motion to Continue Depositions of the Plaintiffs and to Modify Scheduling Order Accordingly (filed January 17, 2006; *doc. no. 49*) is **GRANTED**.  It is further

      **ORDERED** that the Joint Motion to Continue Depositions (filed January 25, 2006; *doc. no. 53*) is **GRANTED**.  It is further

      **ORDERED** that the Joint Motion to Amend Supplemental Scheduling Order (filed February 1, 2006; *doc. no. 55*) is **GRANTED**.

**DATED:**    February 1, 2006