IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01617-CBS-PAC

MARVIN WOLF, and
JUDY WOLF,

    Plaintiffs,

v.

GERHARD INTERIORS, LTD.,
a California corporation, d/b/a GERHARD DESIGN GROUP, and
GERHARD LARSON DESIGN GROUP,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion for Stay (filed March 24, 2006; *doc. no. 61*) is **GRANTED**. All proceedings in this matter are hereby STAYED up to and including **May 15, 2006**. Parties shall file either a stipulated motion to dismiss (with prejudice) or a joint status report on or before **May 15, 2006**.

    IT IS FURTHER ORDERED that any future hearings scheduled before Magistrate Judge Shaffer have been **VACATED**.

**DATED:**    March 27, 2006