**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 05-CV-01617-CBS-PAC

MARVIN WOLF, and
JUDI WOLF,

    Plaintiffs,

v.

GERHARD INTERIORS, LTD.,
a California corporation,
d/b/a GERHARD DESIGN GROUP and
GERHARD LARSON DESIGN GROUP,

    Defendants.

---

**ORDER OF DISMISSAL, WITH PREJUDICE**

---

    THIS MATTER is before the Court on the parties' stipulation for dismissal of all claims by, between and among them, with prejudice, each party to bear his, her or its own costs, expenses and attorneys' fees.

    The Court, having reviewed the motion and the pertinent portions of the file, being otherwise fully advised, and finding the motion to be well-founded, hereby ORDERS that all claims and counterclaims by, between and among the parties to this action are DISMISSED, with prejudice, each party to bear his, her or its own costs, expenses and attorneys' fees.

DATED: May 17th, 2006.

        BY THE COURT:

        *s/Craig B. Shaffer*
        Craig B. Shaffer
        United States Magistrate Judge